UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    **JS-6**

| Case No. | **SA CV 20-1572-TJH(SPx)** | Date | FEBRUARY 12, 2021 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 68.4.28.148 |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the voluntary dismissal [11] with prejudice is hereby granted.  Case is closed.

IT IS SO ORDERED.

cc: all parties